IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO: 7:23-CR-65 WLS-TQL-09** |
| **CARLA DENICE McNORTON,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on Wednesday, September 13, 2023, at 3:00 p.m. and for trial on Monday, October 9, 2023 (Doc. 253). In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference. (*Id.*)

The Defendant, Carla Denice McNorton, filed Defendant's Unopposed Motion for Continuance of Trial in the Interest of Justice and Extension of the Speedy Trial Act (Doc. 296) ("Motion"). Defendant was indicted on July 12, 2023, and her first appearance occurred on August 17, 2023. Defense Counsel requests a continuance of the pretrial conference and trial so that Defendant will have time to receive and review the discovery, to consider any appropriate pretrial motions, and to prepare a proper defense for trial. Further, Defendant notes that an Order (Doc. 294) was entered on September 11, 2023, declaring and certifying this case complex as to all defendants.

The Order (Doc. 294) further requires the Parties to confer and then meet with the Court in a status conference to discuss deadlines and scheduling. Finally, pursuant to the Court's Order (Doc. 294), this case is **EXCLUDED FROM COMPUTATION** under 18 U.S.C. § 3161 for reasons set forth therein and the case is **CONTINUED** beyond the time limitations set by the Speedy Trial Act. The Court further notes that a Notice of Cancellation of the pretrial conference scheduled for September 13, 2023, was docketed in this case on September 12, 2023.

Based on the foregoing, the Court finds that the Motion (Doc. 296) should be and hereby is **DENIED AS MOOT** as the pretrial conference has been cancelled and the trial of the case has been continued as to all Defendants by the Court's prior Order (Doc. 294).

**SO ORDERED**, this 13th day of September 2023.

<u>/s/W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**