**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

CARLA DENICE MCNORTON, :
:
Petitioner, :
: Case No. 7:23-cr-65-WLS-AGH-9
v. : Case No. 7:26-cv-234-WLS-AGH
:
UNITED STATES OF AMERICA, :
:
Respondent. :

**ORDER**

Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 1043) was docketed on August 18, 2026. The United States Attorney is hereby ordered to file an Answer within **SIXTY (60) DAYS** of the date of this Order. *See* Rules Governing Section 2255 Proceedings for U.S. District Courts 5(a)-(d). Petitioner may file a reply to that answer within fourteen (14) days of its submission. *Id.*

**SO ORDERED**, this 21st day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE